IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TOMMIE L. EWING,

        Plaintiff,                    No. CIV S-06-2445 JAM DAD PS

      vs.

NATIONAL GUARD BUREAU, et al.,

        Defendants.             ORDER

           Plaintiff, proceeding pro se, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

           On November 14, 2007, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within ten days. Plaintiff has not filed objections to the findings and recommendations.

           The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

/////

/////

1

1. The findings and recommendations filed November 14, 2007, are adopted in full; and

2. This action is dismissed with prejudice.

DATED: 9/24/2008

/s/ John A. Mendez
UNITED STATES DISTRICT JUDGE

/ewing2445.jo